### ANTOINETTE COAL CO., ET AL. v. GAYOSA COAL CO.

(Decided April 23, 1913.)

APPEAL from Walker Circuit Court.
Heard before Hon. J. J. CURTIS.
No counsel marked for either party.
Per curiam. Appeal dismissed.

---

### AMERICAN TRUST & SAVINGS BANK, ET AL. v. CLISBY.

(Decided November 25, 1913.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
STALLINGS & DRENNEN, for appellant. Z. T. RU-
DOLPH, for appellee.
Per curiam. Dismissed for want of prosecution.

---

### ARNOLD, ET AL. v. THE STATE.

(Decided December 10, 1913.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. WILLIAM E. FORT.
No counsel marked for appellant. R. C. BRICKELL,
Attorney General, for the State.
SAYRE, J.—No bill of exceptions, and no error in the
record.